

**State of New Jersey**
DEPARTMENT OF CORRECTIONS
WHITTLESEY ROAD
PO BOX 863
TRENTON NJ 08625-0863

**RECEIVED**

FEB 2 1 2020

AT 8:30_____M
WILLIAM T. WALSH
CLERK

PHILIP D. MURPHY
*Governor*

SHELIA Y. OLIVER
*Lt. Governor*

MARCUS O. HICKS, ESQ.
*ACTING COMMISSIONER*

December 4, 2019

Gerry Caridad SBI 810663D
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

Re:  OPRA Request – Tracking # 17316

Dear Mr. Caridad:

The Department of Corrections has received your Government Records Request.  Your request has been assigned Request ID No. 17316 for tracking purposes.  You submitted a request for copies of the following records:

1. Reports related to June 3, 2019 cell extraction
2. Medical Records related to this incident
3. Names, badge number, rank of every officer involved (Vick, ████, Briggs, ████, ████)
4. Nurse Statements
5. Camera footage
6. Pictures of face

In response to item # 1, my office has been provided with 21 pages of records.  These records will be redacted prior to release pursuant to NJSA 47:1A-1.1 "emergency or security information or procedures for any buildings or facility which, if disclosed, would jeopardize security of the building or facility or person therein", NJSA 47:1A-1.1 "security measures and surveillance techniques which, if disclosed, would create a risk to the safety of persons [or] property", NJAC: 10A:22-2.3(a)(4)any information relating to medical, psychiatric or psychological history, diagnosis, treatment or evaluation, NJAC: 10A:22-2.3(a)(5) a report or record relating to an identified individual which, if disclosed, would jeopardize the safety of any person or the safe and secure operation of the correctional facility or other designated place of confinement, and NJAC 10A:22-2.3(b) an inmate shall not be permitted to inspect, examine, or obtain copies of documents concerning any other inmate.

Records for item # 2 & 4 are exempt from disclosure pursuant to NJAC 10A:22-2.3(a)(4)any information relating to medical, psychiatric or psychological history, diagnosis, treatment or evaluation.  *However, you may file form MR-022 with the Medical Department in an attempt to access these records.*

For item # 3, to the extent that you have not identified specific officers, my office cannot determine who was "involved" and therefore this portion of your request cannot be fulfilled pursuant to MAG Entertainment LLC v. Division of Alcohol Beverage Control, 375 N.J. Super. 534 (App. Div. 2005).  My office has been provided a 1 page

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*

Gerry Caridad SBI 810663D
OPRA 17316
December 4, 2019
Page 2

record for those officers you identified by name. Please note no record was identified for ████ or ████. Also badge numbers would be exempt from disclosure pursuant to NJSA 47:1A-10 Personnel and pension records.

Records for item # 5 are exempt from disclosure pursuant to NJSA 47:1A-1.1 "emergency or security information or procedures for any buildings or facility which, if disclosed, would jeopardize security of the building or facility or person therein", NJSA 47:1A-1.1 "security measures and surveillance techniques which, if disclosed, would create a risk to the safety of persons [or] property", NJAC: 10A:22-2.3(a)(14) Surveillance footage of areas located within a correctional facility's secured perimeter and the precedent set in Gilleran v. Township of Bloomfield 2016 NJ Lexis 1274 (2016).

No records were provided for item # 6.

You have incurred a fee of $ 1.10 for the available documents.  You must complete the enclosed OPRA Records Request Payment Notification and Authorization Form and forward it to the New Jersey State Prison Business Office. Upon submission of the form to the Business Office, the copy fee will be deducted from your inmate account.  Once we have been notified of your payment, the documents will be provided to you.

You have a right to challenge the decision by the Department of Corrections.  At your option, you may either institute a proceeding in the Superior Court of New Jersey or file a complaint in writing with the Government Records Council (GRC).  You may contact the GRC by toll-free telephone at 866-850-0511, by mail at P.O. Box 819, Trenton, NJ 08625, by e-mail at grc@dca.state.nj.us, or at their web site at www.state.nj.us/grc. The Council can also answer other questions about the law.

Sincerely,

John Falvey
Records Custodian

c.:      OPRA Records File



## State of New Jersey
DEPARTMENT OF CORRECTIONS
WHITTLESEY ROAD
PO BOX 863
TRENTON NJ 08625-0863

PHILIP D. MURPHY
*Governor*

Shelia Y. Oliver
*Lt. Governor*

MARCUS O. HICKS, ESQ.
*ACTING COMMISSIONER*

November 27, 2019

Gerry Caridad SBI 810663D
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

Re:  OPRA Request – Tracking # 17316

Dear Mr. Caridad:

The Department of Corrections has received your Government Records Request.  Your request has been assigned Request ID No. 17216 for tracking purposes.  You submitted a request for copies of the following records:

1. Reports related to June 3, 2019 cell extraction
2. Medical Records related to this incident
3. Names, badge number, rank of every officer involved
4. Nurse Statements
5. Camera footage
6. Pictures of face

My office is still awaiting the results of a search.  I will update by December 13, 2019.

Sincerely,

John Falvey
Records Custodian

c.:      OPRA Records File

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*



## State of New Jersey
DEPARTMENT OF CORRECTIONS
WHITTLESEY ROAD
PO BOX 863
TRENTON NJ 08625-0863

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

MARCUS O. HICKS, ESQ.
*Acting Commissioner*

December 23, 2019

Gerry Caridad SBI#: 810663D
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey  08625

Re:  OPRA Request – Tracking # 17316

Dear Mr. Caridad:

The Department of Corrections has received your payment for the government records identified by Request
ID No. 17316.  A copy of the record(s) requested is enclosed.

Sincerely,

John Falvey
Records Custodian

c.:     OPRA Records File

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*

| NJ Department of Corrections **OPRA RECORDS REQUEST** **PAYMENT NOTIFICATION** **and AUTHORIZATION** |  | **Resident Inmate Request** |
|---|---|---|

| | FOR OFFICE USE ONLY |
|---|---|
| **OPRA Request Tracking No.:** | **17316** |
| **Date:** | December 4, 2019 |

## PAYMENT NOTIFICATION

In order to process a Records Request, prepayment of all associated costs is required.

[✓] Based upon the fee structure indicated at N.J.A.C. 10A:1-1.4, the **copying cost** associated with the Records Request is $ **1.10**

[ ] The Records Request will involve **extraordinary costs** to complete in the amount of $_____. The extraordinary costs are the result of: _____

_____

**Prepayment of these costs is required prior to the release of the requested records.**
**If there are not sufficient funds in your account, your request will be denied.**

## PAYMENT AUTHORIZATION

To the Business Office: I authorize the deduction of $ **1.10** from my account to prepay costs associated with this OPRA Records Request.

inmate Signature: _____   Date: **12/9/19**

Inmate Name:   Gerry Caridad, SBI#: 810663D     Inmate Number: Booking # **845599**

Location/Wing:   NJSP , 3-B-L , North compound   Witness: _____
Cell-15

*Forward to the Business Office following   OPRA Liaison Approval*

## BUSINESS OFFICE USE

**Note:** When processing the deduction from iTAG, please indicate the **OPRA Tracking Number** as a reference.

On **December 11** , 20**19** , the Business Office deducted $ **1.10** from the inmate's account for costs associated with an OPRA Records Request.

**Business Office: Enter GL Transaction number generated from iTAG:** **22402347**

[ ] Sufficient funds did not exist in this inmate's account to process the payment.   **Request Denied**

*Business Office: Forward this form directly to the OPRA Liaison*

## OPRA LIAISON USE

[✓] Attached are the records you requested. This copy of the Payment Notification and Authorization Form shall serve as your receipt.

[ ] Sufficient funds did not exist in your account to prepay the costs.   **Request Denied**

OPRA Liaison Signature: _____   Date: **12/23/19**

OPRA-IR1

1. Officer Vick       Eugene   (SCPO) Badge # 3043

~~████████████████~~  ~~████████████████████~~

3. Officer Briggs    Rondell   (SCPO) Badge # 3487

~~████████████████~~  ~~████████████████████~~

~~████████████████~~  ~~████~~  ~~██████~~

2. officer. Piszcz .P , Badge # 4573
4. officer. Munoz.E , Badge # 3480
5. officer. sanjaun.C , Badge # 2478



# State of New Jersey
## DEPARTMENT OF CORRECTIONS
### SPECIAL CUSTODY REPORT

CUS 100
Effective
11-08
Page 1 of 2

N S P
_Correctional Facility_

To: Majors complex

Control #: 19-8289E

Subject: Tier Extraction

Date of Incident: 6/3/19

Time of Incident: 1530hrs

Location: 4 wing 3rd tier

Staff / Inmate Involved: Ofc F. Vick 3043/ Inmate caridad #810443D

Describe Incident: On the above dat and time I officer E. Vick was on the five man suit up team. I was assigned to the right arm. Under the supervision of sgt. D. Hambert the five man team went to secure inmate caridad #810643D, inmate caridad began to resist and fight back. Inmate caridad #810643D was given multiple orders to comply. Inmate #caridad #810643D was secured. Then inmate caridad #810643D was decontaminate and taken to Aasu medical. Then inmate caridad# 810643D was taken to main medical and seen by medical and then taken to infimary and placed in cell 104.

Print Name: E. Vick

Signature: E Vick

Print Title: officer

Badge #: 3043

Date of Report: 6/3/19

Time of Report: 1750

## SPECIAL CUSTODY REPORT  (Con't)

CUS-100
Effective
11-08
Page 2 of 2

Immediate Supervisor's Actions / Comments: _As Noted_

Print Name: _D. Hamlett_                Signature: _D. Hamlett_

Print Title: _ST_

Date Received: _6/3/19_                Time Received: _1800_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Shift Commander's Actions / Comment's:  *(This section is not to be left blank.)*

Print Name: _____                Signature: _____

Print Title: _____

Date Received: _06/03/19_                Time Received: _1850_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Correction Major Comments: _____

Print Name: _____                Signature: _____

Print Title: _____

Date Received: _____                Time Received: _____



## State of New Jersey
### DEPARTMENT OF CORRECTIONS
### SPECIAL CUSTODY REPORT

CUS-100
Effective
11-08
Page 1 of 2



_Northern State Prison_
Correctional Facility

To: Majors Complex                Control #: 19-82890

Subject: Tier Extraction ~ inmate Caridad #810663D

Date of Incident: 6-3-2019        Time of Incident: 1530

Location: 4 wing

Staff / Inmate Involved: Officer E. Munoz / Inmate Caridad #810663D

Describe Incident: On the above date and approximate time I, Officer E. Munoz, was part of a five man suited up team for the tier extraction of inmate Caridad #810663D. I was the number 2 man on the suited up team and was in charge of securing his left arm. ~~_____~~ I then assisted with putting cuffs on his left hand. I strikled inmate Caridad #810663D in the head and the mid section of his body to gain compliance. The inmate was then escorted from the tier to the shower to get decontaminated. He was then escorted to the ACSU Medical station, where he was evaluated and cleared by Medical staff. He was then escorted to Main Medical where he was seen by medical staff. He was cleared and admitted to the infirmary and placed in cell 104. The escort was done under the supervision of Sergeant Hanlett.

Print Name: E. Munoz           Signature: _____

Print Title: Officer            Badge #: 3480

Date of Report: 6-3-2019        Time of Report: 1910

## SPECIAL CUSTODY REPORT  (Con't)

CUS-100
Effective
11-04
Page 2 of 5

Immediate Supervisor's Actions / Comments: _As well_

_____

_____

_____

_____

_____

_____

_____

Print Name: _____     Signature: _____

Print Title: _C L_

Date Received: _6-3-19_     Time Received: _1950_

Shift Commander's Actions / Comment's: *(This section is not to be left blank.)* _____

_PLACED SUD EVIDENCE_

_LOCKER_

Print Name: _____     Signature: _____

Print Title: _____

Date Received: _06/03/19_     Time Received: _1950_

Correction Major Comments: _____

_____

_____

Print Name: _____     Signature: _____

Print Title: _____

Date Received: _____     Time Received: _____



## State of New Jersey
## DEPARTMENT OF CORRECTIONS



CUS-100
Effective
11-08
Page 1 of 2

### SPECIAL CUSTODY REPORT

N S P
_____
Correctional Facility

To: Major's Complex

Control #: 19-8289c

Subject: Tier Extraction

Date of Incident: 6/3/2019     Time of Incident: 1530

Location: 4W - 3rd Tier

Staff / Inmate Involved: Ofc Briggs/Inmate. Caridad #810663D

Describe Incident: On the above date and approx. time this officer was part of the five man suit up team under supervisor of SGT. Hamkitt. As number one, (1), this officer was responsible for handeling the shield and securing inmate Caridad #810663D head. Inmate Caridad was given orders to comply but refused and was sprayed with OC. I struck inmate Caridad with the shield. The remaining members of the extraction team secured inmate Caridad and brought him to the shower for decontamination. He was then escorted to ACSU medical for evaluation, then to main medical and cleared. Inmate Caridad #810663D was then taken to the infirmary stripped and placed in cell 104, without incident.

Print Name: Briggs

Signature: RBriggs

Print Title: Ofc

Badge #: 3487

Date of Report: 6/3/2019

Time of Report: 1750

## SPECIAL CUSTODY REPORT  (Con't)

CUS-100
Effective
11-08
Page 2 of 2

Immediate Supervisor's Actions / Comments: _As noted_

_____

_____

_____

_____

_____

_____

_____

Print Name: _____   Signature: _____

Print Title: _____

Date Received: _6/3/19_   Time Received: _1830_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Shift Commander's Actions / Comment's:  *(This section is not to be left blank.)*

_NOTED_

_____

Print Name: _____   Signature: _____   _1223_

Print Title: _____

Date Received: _06/03/19_   Time Received: _195_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Correction Major Comments: _____

_____

Print Name: _____   Signature: _____

Print Title: _____

Date Received: _____   Time Received: _____



**State of New Jersey**
DEPARTMENT OF CORRECTIONS
SPECIAL CUSTODY REPORT

*NSP*
Correctional Facility



CUS-100
Effective
11-08
Page 1 of 2



To: Major Complex

Control #: 19-8214 G

Subject: ACSU 4 Wing Tier extraction

Date of Incident: 6.3.19     Time of Incident: 1530

Location: 4 Wing

Staff / Inmate involved: I/m Caridad #810663D

Describe Incident: On the above date and time, I ofc. c sanjuan was part of a 5 man suit up team for the extraction of I/M Caridad. My number on the team was 5. I grabbed and twisted his ankle to gain compliance. I then secured the right leg. I/m was escorted from the tier to the 4wing shower on the 100 level for decontamination. He then was escorted to ACSU medical for evaluation. Once cleared I/m was escorted to main medical. After being cleared he was escorted to the infirmiry cell # 104 where he was searched and stripped. The extraction was done under the supervision of Sgt Hamlet.

Print Name: C. Sanjuan          Signature:

Print Title: OFC               Badge #: 2478

Date of Report: 6.3.19          Time of Report: 1745

## SPECIAL CUSTODY REPORT  (Con't)

CUS-100
Effective
11-08
Page 2 of 2

Immediate Supervisor's Actions / Comments: *As Noted*

Print Name: _O. Hazlett_

Print Title: _Sgt_

Date Received: _6/3/19_          Time Received: _1800_

Shift Commander's Actions / Comments: *(This section is not to be left blank.)*

Print Name: _Forber_

Print Title: _Lt_

Date Received: _06/03/19_          Time Received: _1952_

Correction Major Comments:

Print Name: _____          Signature: _____

Print Title: _____

Date Received: _____          Time Received: _____



# State of New Jersey
## DEPARTMENT OF CORRECTIONS
### SPECIAL CUSTODY REPORT

CUS-100
Effective
11-08
Page 1 of 2

$KR$

_N S P_
Correctional Facility

To: Majors Complex                                          Control #: 19-8289F

Subject: ACSU 4wing Tier Extraction

Date of Incident: 6-3-19                    Time of Incident: 1530

Location: 4wing 3 tier

Staff / Inmate Involved: OFC. P.Pisrez #4573, Inmate Caridad # 810663Q

Describe Incident: On the above date and time, I ofc.P.Pisrez was
part of a 5man suit up team for the extraction of inmate
Caridad #810663P, my number on the team was 4. I striked
Inmate Caridad in the left leg to gain compliance. Afterwards, I
put the leg irons on his left ankle. Inmate was escorted from
the tier to the 4wing shower on the flats for decontamination.
Then was escorted to Acsu medical for evaluation, once
cleared. Inmate Caridad was escorted to Main Medical. After
being cleared in Main medical, he was escorted to the infirmary
cell 104 for placement. All this was done under the supervision
of Sgt. Hurlett. End of report.

P.P.

Print Name: P.Pisrez                    Signature: M____

Print Title: OFC                         Badge #: 4573

Date of Report: 6-3-19                  Time of Report: 1745

## SPECIAL CUSTODY REPORT  (Con't)

CUS-100
Effective
11-08
Page 2 of 3

Immediate Supervisor's Actions / Comments: _As noted_

Print Name: _D. Hamlett_

Signature: _[signature]_

Print Title: _Sgt_

Date Received: _6/1/19_          Time Received: _1800_

---

Shift Commander's Actions / Comment's: *(This section is not to be left blank.)*

_[signature]_

Print Name: _[signature]_

Signature: _[signature]_

Print Title: _[signature]_

Date Received: _06/03/18_          Time Received: _1950_

---

Correction Major Comments: _____

Print Name: _____

Signature: _____

Print Title: _____

Date Received: _____          Time Received: _____



## State of New Jersey
## DEPARTMENT OF CORRECTIONS
### SPECIAL CUSTODY REPORT

CUS-100
Effective
11-08
Page 1 of 2



A7

Northern State Prison
Correctional Facility

To: Major's Complex

Control #: 19-8289A

Subject: Camera Recording of Tier Extraction

Date of Incident: 6/3/19          Time of Incident: 1590

Location: 4 Wing - 3 Tier, ACSU Medical, Main Medical, Infirmary Cell 104

Staff / Inmate Involved: Sgt. C. Underwood 1673, Sgt. Hamlett 1714 / I/M Caridad 8106630

Describe Incident: On the above date and approximate time, I Sgt. Underwood video recorded the Tier extraction on 3 Tier of ACSU of Inmate Caridad 8106630 from 4 wing, to ACSU medical, to Main medical, to Infirmary cell 104, for PHDH placement. The move was supervised by Sgt. Hamlett. The move began with SD card 19-76. SD card 19-76 appeared to reach its capacity, and was immediately replaced with SD card 19-52, at approximately 1604, with no lapse in camera footage. Flooding and slippery conditions were noted throughout the unit. SD cards 19-76 and 19-52 were secured in the SID evidence locker. END

Print Name: C. Underwood

Signature:

Print Title: Sgt.

Badge #: 1673

Date of Report: 6/3/19          Time of Report: 1700

## SPECIAL CUSTODY REPORT  (Con't)

CUS-100
Effective
11-08
Page 8 of 8

Immediate Supervisor's Actions / Comments: _As noted_

Print Name: _D. Howlett_                          Signature: _[signature]_

Print Title: _St_

Date Received: _6/3/19_                Time Received: _1800_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Shift Commander's Actions / Comments: *(This section is not to be left blank.)*

_Noted_

Print Name: _[signature]_                          Signature: _[signature]_

Print Title:

Date Received: _06/03/19_                Time Received: _1930_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Correction Major Comments:

Print Name: _____                Signature: _____

Print Title: _____

Date Received: _____        Time Received: _____



# State of New Jersey
## DEPARTMENT OF CORRECTIONS

### USE OF FORCE REPORT

CUS-102
Effective 09/15
N.J.A.C:
10A:3-3.7
Page 1 of 2

Northern State Prison

To: _Lt. F. Crowell_                     Date of Report: _6/3/19_
Shift Supervisor

From: _Sgt D Hamlett_
Supervisor/Officer

Inmate Name: _Caridad G._                Housing Unit: _ACSU, 4W Cell 306_

Inmate Number: _810663D_   Date of Incident: _6/3/19_   Time: _1445_ ☑ AM

Location: _ACSU 4 Wing Cell 306 to Infirmary Cell 104_

---

TYPE OF FORCE USED:   (Check all that apply)

A. ☑ **Physical Force**

B. ☑ **Mechanical Force**

    1. ☑ Chemical Agents – Type Used: _MK-46 OC (Natural Agent)_

    2. ☑ Protective Equipment

        a. ☑ Shield   b. ☐ Other: _____

    3. ☑ Restraint Devices

        a. ☑ Handcuffs   b. ☑ Leg Irons   c. ☐ Waist Chains

        d. ☐ Other: _____

Use of force, chemical agents, protective equipment, and/or application of restraint devices ordered by:

Name: _D. Hamlett_          Title: _Sgt_

---

**Reason(s) for Use of Force or Mechanical Force:**
(Designate as many as apply under the circumstance of the incident.)

1. ☐ Subject displaying signs of imminent violence.
2. ☐ Subject attempting suicide/suicide precaution.
3. ☐ Admission or return to disciplinary housing unit.
4. ☐ Subject demonstrating assaultive behavior.
5. ☐ Admission of medications.
6. ☐ Subject destroying state property.
7. ☐ Immediate necessity to prevent injury to subject or to others.
8. ☑ Other: _____

---

The inmate was medically examined by:

Name: _Ms Mullings / Ms Conolly_          Title: _RN/Dr_

See Page 2

<u>USE OF FORCE REPORT</u>  (Con't)

Signatures of Approving Officers on this page apply to information
on all pages of this form. -- <u>DO NOT SEPARATE PAGES.</u>

CUS-102-
Effective 09/15
N.J.A.C.
10A:3-3.7
Page 2 of 2.

**Total staff members involved (Including Team Member Numbers and Assignments for Cell Extractions)**

| Name of Staff Member | Title of Staff Member |
|---|---|
| R. Briggs | Ofc. |
| E. Muñoz | Ofc. |
| E. Vick | Ofc. |
| P. Pszcz | Ofc. |
| C. SanJuan | Ofc. |

**Explanation of the Incident:**
(Be specific and detailed, address questions such as:  How was the force used?  Who used the force?  Who authorized
the force?  What actions did you take during the incident?  What actions of others did you observe?  Etc.)

Inmate (Ardea) was extracted from 4 wing for Blocking Sprinklers. He
was given a #150, #366, and a .256. He goes to the infirmary on PHDH
Cell 104   Status.

**Injury sustained by inmate:**

[✓] Yes      [ ] No      If Yes, specify type of injury and subsequent treatment rendered:

███████████████████████████████████

**Injury sustained by staff:**

[ ] Yes      [✓] No      If Yes, specify type of injury and subsequent treatment rendered:

**Additional Comments / continuation of previous narrative:**

Date: 06/03/19      Signature of Shift Supervisor:

Report Received by: _____      Date: _____

**Action Taken:**

Copies to:     Correction Major          Copy of Medical Reports Attached     ( Yes     ( No
               Special Investigations     Copy of Medical Reports Attached     ( Yes     ( No

[ Print Form ]          [ Save As... ]          [ Reset Form ]

USE OF FORCE REPORT (Con't)

Signatures of Approving Officers on this page apply to information
on all pages of this form. -- DO NOT SEPARATE PAGES.

CUS-102
Effective 09/15
N.J.A.C.
10A:3-3.7
Page 2 of 3

**Total staff members involved (Including Team Member Numbers and Assignments for Cell Extractions)**

| Name of Staff Member | Title of Staff Member |
|---|---|
| McGuire, R N1619 | SGT. |
| | |
| | |
| | |
| | |

**Explanation of the Incident:**
(Be specific and detailed, address questions such as: How was the force used?  Who used the force?  Who authorized
the force?  What actions did you take during the incident?  What actions of others did you observe?  Etc.)

On the above date and time I assisted in the tier extraction of inmate Caridad from ACSU 4 wing 3
tier. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
in▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮d. As the inmate approached the gate I sprayed the MK-46 backing the
inmate down the tier. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮he suited team and I proceeded
forward. At this time the inmate ran at the suited team and I deployed O/C to his center mass. The
inmate continued to run toward the suited team until he ran into the officer assigned to be the shield
position. The suited team were able to gain compliance, and secure the inmate. He was then escorted
to the shower area to be decontaminated before being brought to medical.      End of Report

**Injury sustained by inmate:**

☐ Yes      ☑ No      If Yes, specify type of injury and subsequent treatment rendered:

**Injury sustained by staff:**

☐ Yes      ☑ No      If Yes, specify type of injury and subsequent treatment rendered:

**Additional Comments / continuation of previous narrative:**

Date: 06/03/15      Signature of Shift Supervisor:

Report Received by: _____      Date: _____

Action Taken:



# State of New Jersey

## DEPARTMENT OF CORRECTIONS

### USE OF FORCE REPORT

CUS-102
Effective 09/15
N.J.A.C.
10A:3-3.7

Page 1 of 3

Northern State Prison

To: Major's Complex
  _Shift Supervisor_

Date of Report: Jun 3, 2019

From: SGT. McGuire, R N1619
  _Supervisor/Officer_

Inmate Name: Caridad, Gerry          Housing Unit: 4W

Inmate Number: 810663D     Date of Incident: Jun 3, 2019   Time: 1533   PM

Location: 4W 3 Tier

---

**TYPE OF FORCE USED:** (Check all that apply)

A. ☐ **Physical Force**

B. ☒ **Mechanical Force**

  1. ☒ Chemical Agents - Type Used: Natural agent

  2. ☐ Protective Equipment

    a. ☐ Shield   b. ☐ Other: _____

  3. ☐ Restraint Devices

    a. ☐ Handcuffs   b. ☐ Leg Irons   c. ☐ Waist Chains

    d. ☐ Other: _____

Use of force, chemical agents, protective equipment, and/or application of restraint devices ordered by:

Name: McGuire, R. N1619          Title: SGT

---

**Reason(s) for Use of Force or Mechanical Force:**
(Designate as many as apply under the circumstance of the incident.)

1. ☒ Subject displaying signs of imminent violence.

2. ☐ Subject attempting suicide/suicide precaution.

3. ☐ Admission or return to disciplinary housing unit.

4. ☐ Subject demonstrating assaultive behavior.

5. ☐ Admission of medications.

6. ☐ Subject destroying state property.

7. ☐ Immediate necessity to prevent injury to subject or to others.

8. ☐ Other: _____

---

**The inmate was medically examined by:**

Name: Patrick          Title: RN

See Page 2

SPECI  CUSTODY REPORT (Con't) 

**CUS-100**
**Effective**
**11-2008**

Signatures of Approving Officers on this page apply to information
on all pages of this form.  **DO NOT SEPARATE PAGES.**

Page 2 of 2

**Correction Major Comments:** _____

_____

_____

_____

· Name: _____  Signature: _____

Date Received: _____  Time Received: _____

| Print Form | Save As... | Email Form | Reset Form |



*State of New Jersey*

# Department of Corrections

Inmate Management

PRELIMINARY INCIDENT REPORT

OIRPINCR

CUS-101
Effective
11/2008

*19-8289*

Page:   1   of   2

| To: | ADMINISTRATOR | Control#: | 902690 |
|---|---|---|---|
| From: | DWAYNE HAMLETT, CPSGT | Incident Date: | 06/03/2019 |
| Report Dated: 06/03/2019 19:16:06 | | Incident Time: | 14:45:00 |
| Type of Incident: | CELL EXTRACTION | Incident Location: | CURA ACSU 4 WING |

## Inmates Involved:

| Inmate Name | INM# | Location |
|---|---|---|
| CARIDAD, GERRY | 845599 | NSP-NORTH-SU-223 |

## Staff Involved:

Staff Name

ROBERTO VILLAREAL, CPO

DWAYNE HAMLETT, CPSGT

EUGENE VICK, SCPO

## A Brief Statement of Fact:

On the above date and time, I was notified by Ofc. Villareal N-7552 that Inmate Caridad Gerry 810663D was on ACSU 4 Wing 3rd tier popping fire sprinklers and flooding the tier. Inmate Caridad was given several chances to cuff up but he stated that he wasn't cuffing up. I notified Lt. Sobun and was told that a suit up team would be needed to extract Inmate Caridad off the tier. My suit up team consisted of the following officers: OFC. R. Briggs N3487(Shield Man), Ofc. E. Munoz N3480 (#2 Right Arm/Handcuffs). Ofc. E. Vick (#3 Left Arm), Ofc. P. Piszcz (#4 Right Leg/Leg Iron), and Ofc. C. Sanjuan N7478 (#5 Left Leg). Sgt. C. Underwood N1673 was assigned to the camera and Sgt. McGuire was responsible for the use of the MK-46. We reported to 4 Wing and proceeded to the 3rd tier. I ordered Inmate Caridad to come to the fence and cuff up. Inmate Caridad refused and proceeded to approach the gate. Sgt. McGuire sprayed Inmate Caridad with the MK- 46.
  I ordered the team to extract him from the tier. Inmate Caridad was taken to the ground and secured after a brief scuffle. Once secured, Inmate Caridad was taken to the shower for decontamination and moved to ACSU Medical. RN Mullings treated Inmate Caridad and reported t̶h̶a̶t̶ ̶h̶e̶ ̶s̶u̶s̶t̶a̶i̶n̶e̶d̶ ̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶. Upon completion, Inmate Caridad was escorted to Main Medical via camera move. Upon arrival, Inmate Caridad was treated by RN Patrick and Dr. Connolly. Inmate Caridad was moved to the firmary and placed in cell 104 without incident. Inmate Caridad was charged with *.150 (Tampering with fire equipment), *.306 (Conduct which disrupts), .256(Refusing an order) and was placed on PHDH Status. End of Report



OIRPINCR

CUS-101
Effective
11-2008

*State of New Jersey*
## Department of Corrections

Inmate Management

PRELIMINARY INCIDENT REPORT

Page:   2   of   2

| To: | ADMINISTRATOR | Control#: | 902690 |
|---|---|---|---|
| From: | DWAYNE HAMLETT, CPSGT | Incident Date: | 06/03/2019 |
| Report Dated: 06/03/2019 19:16:06 | | Incident Time: | 14:45:00 |
| Type of Incident: | CELL EXTRACTION | Incident Location: | CURA ACSU 4 WING |

Related Special Report: SD Cards #19-78 and #19-52

Action Taken by Primary Supervisor:

Staff Name: D. Hamlett          Staff Signature: _____          Date: 6/3/19



### State of New Jers

## DEPARTMENT OF CORRECTIONS

### SPECIAL CUSTODY REPORT

CUS-100
Effective
11-2008
Page 1 of 2



Northern State Prison

To: (Name & Rank) Major's Complex                    Control #: _19-82898_

Subject: IM Caridad, Gerry #810663D Tier Extraction

Date of Incident:    Jun 3, 2019        Time of Incident:        1530    PM

Location:   4 WING

Staff / Inmate Involved:

SGT McGuire, R. N1619

Describe the Incident:

On the above date and time I assisted in the tier extraction of inmate Caridad from ACSU 4 wing 3 tier. ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓. As the inmate approached the gate I sprayed the MK-46 backing the inmate down the tier. ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ the suited team and I proceeded forward. At this time the inmate ran at the suited team and I deployed O/C to his center mass. The inmate continued to run toward the suited team until he ran into the officer assigned to be the shield position. The suited team were able to gain compliance, and secure the inmate. He was then escorted to the shower area to be decontaminated before being brought to medical. End of Report

Name: McGuire, R.                              Signature: _M̶e̶_

Title: SGT                                    Badge #: N1619

Date of Report: _06/03/19_    Time of Report: _1750_    PM

Immediate Supervisor's Actions / Comments: _____

Name: Sobun, B. N1391                         Signature: _____

Title: LT

Date Received: Jun 3, 2019        Time Received: _____

Shift Commander's Actions / Comments: (This section is not to be left blank.) _____

Name: Crowell, F. N1227                       Signature: _____

Title: LT

Date Received: Jun 3, 2019        Time Received: _1952_



# State of New Jersey
## DEPARTMENT OF CORRECTIONS
### SPECIAL CUSTODY REPORT

CUS-100
Effective
11-2008
Page 1 of 2

Northern State Prison

To: (Name & Rank) Major's Complex                   Control #: 19-8281

Subject: I/M Caridad, Gerry #810663D

Date of Incident:   Jun 3, 2019     Time of Incident:   1800   PM

Location: Infirmary 104

**Staff / Inmate Involved:**

Sgt. Comitini N1981

**Describe the Incident:**

On the above date and time, I recorded the medical assessment on I/M Caridad, Gerry #810663D conducted by Dr. Connolly ; A 2 man suit up team which consisted of Officer DiMichelle N3499 and Officer Wade N4618 under the supervision of Sgt. Falcon was present during the assessment. SD card #317 was used.

Name: Comitini                          Signature: C. Comli

Title: Sgt.                             Badge #: N1981

Date of Report:   Jun 3, 2019     Time of Report:   1835   PM

Immediate Supervisor's Actions / Comments:   Reviewed.

Name: J. Reardon                        Signature: 1398

Title: Lt.

Date Received: Jun 3, 2019      Time Received: 1840

Shift Commander's Actions / Comments: *(This section is not to be left blank.)*

PLACED SID EVIDENCE LOCKER

2422

Name: F.Crowell                         Signature:

Title: Lt.

Date Received: Jun 3, 2019      Time Received: 1950

Correction Major Comments:

Name:                                   Signature:

Date Received:                  Time Received: